IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN MCINTYRE,<br><br>    Plaintiff,<br><br>  v.<br><br>RICHARD WILSON; LAKE COUNTY SHERIFF'S DEPARTMENT; CHUCK WILSON; FRANCES WILSON; and DOES 1-5,<br><br>    Defendants.<br>_____/ | No. C 12-3023 CW<br><br>ORDER REGARDING PLAINTIFF'S REQUEST FOR BOOKS AND VIDEO |

    Pro se Plaintiff Lynn McIntyre has filed a request that certain books and videos be made available to him from the courthouse library.

    The Court is unable to mail library material to Plaintiff for loan. However, as a litigant in the Northern District of California, Plaintiff may utilize material from the San Francisco and Oakland courthouse libraries during the open hours of these facilities. Information regarding the courthouse libraries in the Northern District of California is available at http://www.cand.uscourts.gov/libraries. Information about other public law libraries, including local facilities, is available in the Court's Pro Se handbook, which can be accessed online at http://www.cand.uscourts.gov/prosehandbk.

Plaintiff may also wish to consult the Court's website at http://www.cand.uscourts.gov/proselitigants. This page provides useful information and documents for people who are representing themselves in civil cases in this district.

IT IS SO ORDERED.

Dated: 7/18/2012

CLAUDIA WILKEN
United States District Judge