IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN MCINTYRE,<br><br>    Plaintiff,<br><br>  v.<br><br>RICHARD WILSON; LAKE COUNTY SHERIFF'S DEPARTMENT; CHUCK WILSON; FRANCES WILSON; and DOES 1-5,<br><br>    Defendants.<br>_____/ | No. C 12-3023 CW<br><br>ORDER DISMISSING CLAIMS AGAINST DEFENDANTS LAKE COUNTY SHERIFF'S DEPARTMENT, RICHARD WILSON AND FRANCES WILSON FOR FAILURE TO PROSECUTE |

On August 14 and 15, 2012, Moving Defendants Lake County Sheriff's Department and Richard and Frances Wilson filed motions to dismiss the claims asserted against them by pro se Plaintiff Lynn McIntyre. Docket Nos. 21, 22.

On September 11, 2012, the Court noted that Plaintiff had not filed oppositions to the motions to dismiss within the time period set forth in Civil Local Rule 7-3(a). Docket No. 28. At that time, the Court allowed Plaintiff until September 18, 2012 to file oppositions. The Court also warned him that failure to file oppositions in compliance with that Order would result in the dismissal of his claims against the Moving Defendants for failure to prosecute.

As of the date of this Order, Plaintiff has not yet filed an opposition to either motion to dismiss. Accordingly, the Court DISMISSES his claims against Moving Defendants for failure to prosecute.

This Order terminates Docket Nos. 21 and 22.

IT IS SO ORDERED.

Dated: 9/24/2012

CLAUDIA WILKEN
United States District Judge

United States District Court
For the Northern District of California

2